Comes now the plaintiff, David Crumby #07645-088 and moves this honorable court to hear his petition and to order a Habeus Corpus hearing due to the plaintiff's safety being in grave danger. Plaintiff asks this court to do the following:

1. Hold a hearing to confirm my allegations.
2. Order that I be held in Protective Custody until the B.O.P. can transfer me to another facility.
3. Order investigation as the court determines necessary.
4. Order both medical and psychological exam of plaintiff at a medical facility.

In support of his claim, plaintiff presents as brief and concise account as possible. I am currently in a cell with only a mattress and smock, so I had to ask another inmate for help in getting writing supplies. On June 26, 2012 I was placed at F.C.I.-Beckley from U.S.P.-Hazelton as a confirmed protective custody case in Hold over status. I am also a psychiatric inmate. I have been held continuously in S.H.U. until December 6, 2012 I had not recieved one incident report while at F.C.I.-Beckley. On December 6, 2012 I was seperated from my then-cellie I/m Melvin Blain because he had been sexually assaulting me. I filed a sensitive BP-9 to the Regional Office of the B.O.P. and a complaint to the ACLU in Washington. On 1-17-12 while in handcuffs in the change out area in SHU I was assaulted by Sr. C/O Jerry Martin. Sr. C/O Brown and Sr. C/O Pursell were present but did not participate. A medical assessment was done including photos. It was told that I fell. This is a wide open area and injuries were to my middle back, right elbow, side, and knee. On January 22, 2012 I was assaulted by Sr. C/O Cla__ in the vestibule in S.H.U. while in handcuffs. A medical assessment showed injuries on my left side and head. No excuse was presented for this assault. On 1-23-12 I was assaulted by Sr. C/O Clinton Duncan, Lt. Odie Gibson, Lt. Carpenter, Lt. Pr__, Sr. C/O R__, Sr. C/O Yurkivich, and others assaulted me in my cell in SHU. The claim was that I had a noose around my neck attempting to hang myself. This was not true. Medical assessment specifically showed no injury to my neck as would occur if I had tried to hang my self. All injuries (abrasions, bruises, etc) were done by staff. From 1-28-12 thru 1-29-12 I was fed bag meals—a cheese sandwich, bologna sandwich, and apple three times a day. I have been given one shower on 1-28-12 and kept in a smock. I am not on suicide watch as I've not so threatened in any way. There is blood in my urine. I had surgery on my right kidney as a child. It has a plastic stint. Since the first of the year, I have been assaulted by staff at F.C.I.-Beckley. From SHU Lt. Odie Gibson to Capt. Rivers and even Warden Ziegler, these assaults are well known. They have also attacked Anthony Thomas, a Hold over inmate from U.S.P.-McCreary. The bottom line is they don't want hold over inmates. I believe that I have shown cause for my plea for intervention. I am willing to submit to a polygraph or any other truth test. The records and photos support my claims. For the above reasons I ask for the court's intervention as it deems appropriate. I fear for my safety and even for my life at FCI-Beckley. I have been threatened with use of munitions used for riot control. I affirm that this is a true report.

Respectfully,
David Crumby
David Crumby #07645-088

FEB - 1 2013



CHARLESTON WV 250
31 JAN 2012 PM 2 L

U.S District Court
Robert C Byrd Federal Courthouse
Clarks Office
Beckley, WV 25801

[Return address, rotated:]
Central Carolina IH D 0664687
Federal Correctional Institution
P.O. Box 350
Buetner NC 25509

Legal Mail