IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DAVID CRUMBY,

        Plaintiff,

v.                                                 CIVIL ACTION NO. 5:13-cv-01832

UNITED STATES OF AMERICA,

        Defendant.

**JUDGMENT ORDER**

In accordance with the accompanying *Memorandum Opinion and Order* dismissing this matter, the Court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                                ENTER:       November 26, 2013

*[signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA